## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **FALK DISTRIBUTION CO., LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEAN FOODS COMPANY, COUNTRY** | ) | |
| **FRESH, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF REMOVAL

Defendants, Dean Foods Company and Country Fresh, LLC ("Defendants"), by their attorneys, Mona M. Stone and Baseer Tajuddin, file this Notice of Removal of this action, under 28 U.S.C. § § 1333, 1441(a), *et seq.* and 1446 from the Circuit Court of Cook County, Illinois, County Department, Chancery Division ("the State Court") to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully state as follows:

### STATEMENT OF THE CASE

1.  On January 29, 2010, an action was commenced in the Circuit Court of Cook County, entitled *Falk Distribution Co., LLC v Dean Foods Company, Country Fresh, LLC*, Case No. 10-CH-04170 ("the Civil Action") by plaintiff, Falk Distribution Co., LLC ("Plaintiff").

2.  Defendants were served with a copy of the Summons and Complaint in the Civil Action on February 4, 2010.  True and correct copies of the Summons and Complaint are attached as **Exhibit A**, and constitute all process, pleadings, and orders served on Defendants in the Civil Action to date.

3.  Defendants have entered no appearance in the Civil Action in State Court.

4.    This Notice of Removal has been filed within thirty (30) days of Defendants' receipt of the Complaint that commenced the Civil Action and is therefore timely in accordance with 28 U.S.C. § 1446(b).

5.    Defendants are the sole defendants named in the Civil Action.   Therefore, no other properly served and joined defendants are required to consent to this Notice of Removal.

6.    The Complaint purports to assert a cause of action for declaratory relief.   In general terms, Plaintiff alleges that the contract entered into between the parties on February 1, 2006 must be enforced and Defendants had no right to terminate the agreement.

### DIVERSITY JURISDICTION—28 U.S.C. § 1332

7.    This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds $75,000.  28 U.S.C.§ 1332(a).

8.    Plaintiff alleges that his principal place of business is Bloomfield, Michigan. (Compl. ¶ 1).

9.    Defendant, Dean Foods Company, both at the time of filing of the Civil Action and as of the date of filing of this Notice, was and is a corporate citizen of the States of Delaware and Texas in that it is and was incorporated in the state of Delaware, with its principal place of business in the state of Texas.

10.    Country Fresh, LLC, is not a citizen of Michigan because it is a limited liability company without any owner or member that is a citizen of Michigan.  Country Fresh, LLC, both at the time of filing of the Civil Action and as of the date of filing of this Notice, was and is a citizen of the States of Delaware and Texas because its sole member is Dean East, LLC, whose sole member is Suiza Dairy Group, LLC, whose sole Member is Dean Foods Company, which is

2

a corporate citizen of the States of Delaware and Texas in that it was and is incorporated in the state of Delaware, with its principal place of business in the state of Texas.

11.     As none of the Defendants are citizens of Michigan, there is complete diversity between Plaintiff and Defendants in this action.

12.     Although Plaintiff's Complaint does not allege an amount in controversy, it is apparent Plaintiff is seeking in excess of $75,000 exclusive of interests and costs. Plaintiff seeks a declaration by the Court that prohibits Defendants in terminating the agreement, and keeping the agreement in full force and effect. (Compl. ¶ 16). "In equitable actions, the jurisdictional amount is determined by the pecuniary effect of the possible judgment on either party, either the benefit to one, or the burden to the other." *Kelly v. Enbridge*, No. 07-3245, 2007 WL 3037257, at *2 (C.D. Ill. Oct. 17, 2007). The removing party may meet the amount in controversy requirement by showing a reasonable probability that the stakes exceed the minimum, including what amount is in controversy between the parties. *The Home Depot, Inc. v. Rickher*, No. 06-8006, 2006 WL 1727749, at *1 (C.A. 7 (Ill.) May 22, 2006). By the language in the Terms and Agreement, enforcement of the contract would be over $290,000 (Compl. Ex. A), more than the $75,000 amount in controversy requirement set forth by 28 U.S.C. §1332(a). See attached **Exhibit B,** Affidavit Concerning Diversity Jurisdiction and Amount in Controversy of Angela B. Miro'.

13.     Accordingly, this Court has jurisdiction under 28 U.S.C. § 1332(a).

## REMOVAL REQUIREMENTS

14.     This Notice of Removal has been filed in accordance with 28 U.S.C.§§ 1141 and 1446.

15.     Venue is proper pursuant to 28 U.S.C. § 1141(a), because the United States District Court, Northern District of Illinois embraces the Circuit Court of Cook County, Illinois, County Department, Chancery Division, where the Civil Action was originally filed.

16.     Defendants will give written notice to plaintiff and will file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Chancery Division as required by 28 U.S.C. § 1446(d).  Defendants attach a copy of the Notice of Filing of Notice of Removal as **Exhibit C**.

## CONCLUSION

By this Notice of Removal and the associated attachments, Defendants do not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action.  Defendants intend no admission of fact, law or liability by this Notice of Removal, and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants, Dean Foods Company, and Country Fresh, LLC hereby remove the Civil Action, Case No. 10-CH-04170 from the Circuit Court of Cook County, Illinois to the United States District Court of the Northern District of Illinois, Eastern Division, and prays that all further proceedings in the Civil Action be stayed by this Court.

Respectfully submitted,

DEFENDANTS DEAN FOODS COMPANY and
COUNTRY FRESH, LLC

Dated:  February 26, 2010          By _/s/ Mona M. Stone_____
                                                                One of Their Attorneys

Mona M. Stone (6256965)
Baseer Tajuddin (6297754)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 443-0619
Fax: (312) 896-6619

4

## CERTIFICATE OF SERVICE

I, Mona M. Stone, an attorney, on oath state that I served a true and correct copy of the

preceding Notice of Removal on:

Rita M. Alliss Powers
Matthew S. Gray
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601


by depositing a true and correct copy in the U.S. Mail at 111 S. Wacker Drive, Chicago, Illinois
on this 26th day of February, 2010.


 /s/ Mona M. Stone
Mona M. Stone

1662606v2 2/24/2010 12:01:41 PM

# Notice of Removal
# Exhibit A

Chancery Division Civil Cover Sheet - General Chancery Section          (Rev. 6/15/09) CCCH 0623

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

FALK DISTRIBUTION CO., LLC

                                                          **Plaintiff**          }       No. 10 CH 04170

       v.

DEAN FOODS COMPANY, COUNTRY FRESH, LLC

                                                          **Defendant**

**CHANCERY DIVISION CIVIL COVER SHEET**
**GENERAL CHANCERY SECTION**

    A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the line in front of the appropriate category which best characterizes your action being filed.

0005_____ Administrative Review
0001_____ Class Action
0002___X___ Declaratory Judgment
0004_____ Injunction

0007_____ General Chancery
0010_____ Accounting              0019_____ Partition
0011_____ Arbitration             0020_____ Quiet Title
0012_____ Certiorari              0021_____ Quo Warranto
0013_____ Dissolution of Corporation    0022_____ Redemption Rights
0014_____ Dissolution of Partnership    0023_____ Reformation of a Contract
0015_____ Equitable Lien          0024_____ Rescission of a Contract
0016_____ Interpleader            0025_____ Specific Performance
0017_____ Mandamus                0026_____ Trust Construction
0018_____ Ne Exeat                _____ Other (specify)_____

By: _____
                    Attorney                    Pro Se

Atty. No.: 36511
Name: Rita M. Alliss Powers/Matthew S. Gray, Greenberg Traurig, LLP
Atty. for: Plaintiff, Falk Distribution Co., LLC
Address: 77 West Wacker Drive, Suite 3100
City/State/Zip: Chicago, IL 60601
Telephone: (312) 456-8400

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(8/01/08) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____CHANCERY_____ DIVISION

No. **1 0 C H 0 4 1 7 0**

FALK DISTRIBUTION CO., LLC
_____
Plaintiff,                    (Name all parties)
v.

DEAN FOODS COMPANY, COUNTRY FRESH, LLC
_____
Defendants

To:
DEAN FOODS COMPANY
2515 McKinney Avenue
Suite 1200
Dallas, Texas 75201-1945

### SUMMONS

**To each Defendant:  DEAN FOODS COMPANY**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room # 802 , Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows          ☐ District 4 - Maywood
5600 Old Orchard Rd.          2121 Euclid          1500 Maybrook Ave.
Skokie, IL 60077          Rolling Meadows, IL 60008          Maywood, IL 60153

☐ District 5 - Bridgeview          ☐ District 6 - Markham          ☐ Child Support
10220 S. 76th Ave.          16501 S. Kedzie Pkwy.          28 North Clark St., Room 200
Bridgeview, IL 60455          Markham, IL 60426          Chicago, Illinois 60602

**You must file within 30 days after service of this Summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 36511
Name: Rita M. Alliss Powers/Matthew S. Gray, Greenberg Traurig, LLP
Atty. for: Plaintiff, Falk Distribution Co., LLC
Address: 77 West Wacker Drive, Suite 3100
City/State/Zip: Chicago, IL 60601
Telephone: (312) 456-8400

Service by Facsimile Transmission will be accepted at: _____
(Area Code)    (Facsimile Telephone Number)

WITNESS, _____ JAN 2 9 2010

DOROTHY BROWN

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | (8/01/08) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ CHANCERY _____ DIVISION

No. 1 0 C H 0 4 1 7 0

FALK DISTRIBUTION CO., LLC

_____ **Plaintiff,** _____ (Name all parties)
v.

DEAN FOODS COMPANY, COUNTRY FRESH, LLC

_____ Defendants

**To:**
COUNTRY FRESH, LLC
2555 Buchanan Avenue, SW
Grand Rapids, MI 49548-1006

## SUMMONS

**To each Defendant:** COUNTRY FRESH, LLC

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room ___ # 802 ___, Chicago, Illinois 60602

☐ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☐ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 36511

Name: Rita M. Alliss Powers/Matthew S. Gray, Greenberg Traurig, LLP

Atty. for: Plaintiff, Falk Distribution Co., LLC

Address: 77 West Wacker Drive, Suite 3100

City/State/Zip: Chicago, IL 60601

Telephone: (312) 456-8400

WITNESS, **DOROTHY BROWN** JAN 2 9 2010

_____
Clerk of Court

Date of service: _____,_____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

FALK DISTRIBUTION CO., LLC

        Plaintiff,

    v.

DEAN FOODS COMPANY,
COUNTRY FRESH, LLC

        Defendants.

Case No. _____ 10 C H 04170

JURY DEMANDED

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff Falk Distribution Co., LLC ("Falk"), by its attorneys, and for its Complaint for Declaratory and Injunctive Relief against Defendants Dean Foods Company ("Dean") and Country Fresh, LLC ("Country Fresh"), states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff Falk is a Michigan limited liability company with its principal place of business at 5513 Pine Brooke Ct., Bloomfield, Michigan.

2.    Defendant Dean is a Delaware corporation with its principal place of business at 2515 McKinney Avenue, Suite 1200, Dallas, Texas.

3.    Upon information and belief, Defendant Country Fresh is a subsidiary of Dean and is a Michigan limited liability company with its principal place of business at 2555 Buchanan Avenue, SW, Grand Rapids, Michigan.

4.    This Court has jurisdiction over this matter pursuant to Section 2-209 of the Illinois Code of Civil Procedure. This case arises out of the transaction of business or activities occurring within this state and the performance of a contract in this state.

5.    Venue is proper in Cook County pursuant to Section 2-101 of the Illinois Code of Civil Procedure, as all Defendants are non-residents of this state.

*CHI 59,142,126v1 1-28-10*

## COUNT I

## REQUEST FOR DECLARATORY RELIEF

6. Falk reallages paragraphs 1 through 5 above as though fully set forth in this paragraph 6.

7. On February 1, 2006, Falk, Dean and Country Fresh entered into a Terms and Agreement between Falk Distribution Company and Deans Food (the "Agreement") through which Falk would act as the approved broker representing Dean at CVS, beginning January 1, 2006, and running "so long as Dean Foods or any affiliate thereof [including Country Fresh] serves CVS with milk or ice cream in the Deans Midwest Region." (A true and correct copy of the Agreement is attached hereto as Exhibit A.)

8. Dean and Country Fresh continue to provide milk and ice cream to CVS in Dean's Midwest Region and recently entered into a two-year contract with CVS.

9. Accordingly, the term of the Agreement remains in effect and is valid and enforceable.

10. On January 7, 2010, Country Fresh sent a letter to Falk, bearing the subject "Notice of Termination," and purporting to terminate the Agreement, effective as of March 9, 2010. (A true and correct copy of the January 7, 2010 letter is attached hereto as Exhibit B.)

11. In response, on January 19, 2010, counsel for Falk sent to Dean, Country Fresh, and their counsel a letter informing them that their "decision to terminate" was "improper and ineffective." (A true and correct copy of the January 19, 2010 letter is attached hereto as Exhibit C.)

12. In the January 19, 2010 letter, counsel for Falk requested that Dean and Country Fresh withdraw their "Notice of Termination" by January 27, 2010.

2

13.     Dean and Country Fresh failed to withdraw their "Notice of Termination" by January 27, 2010.

14.     Falk has taken the position that Dean and Country Fresh do not have the right to terminate the Agreement based on the terms of the Agreement.

15.     An actual controversy exists between Falk, Dean, and Country Fresh regarding Dean and Country Fresh's ability to terminate the Agreement.

16.     Falk is entitled to a declaration by this Court that: (1) the January 7, 2010 Letter from Country Fresh was not effective as notice of termination of the Agreement; (2) neither Deans nor County Fresh has a right to terminate the Agreement; and (3) the Agreement remains in full force and effect.

WHEREFORE, Plaintiff Falk Distribution Co., LLC respectfully requests that this Court enter judgment in its favor and against Defendants Dean Foods Company and Country Fresh, LLC for the following relief:

A.     A declaration that:

(1)     Dean Foods Company and Country Fresh, LLC had no right to terminate the Agreement;

(2)     The Agreement was not terminated on January 7, 2010, effective March 10, 2010;

(3)     The Agreement remains in full force and effect.

B.     Such other and further relief as this Court deems proper and just.

## JURY DEMAND

Plaintiff hereby demands a jury.

3

Dated: January 29, 2010                    FALK DISTRIBUTION CO., LLC

                                           By: _____
                                                 One of Its Attorneys

Rita M. Alliss Powers
Matthew S. Gray
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Firm No. 36511

4

# EXHIBIT A

February 1, 2006

### Terms and Agreement
### Between Falk Distribution Company
### & Dean Foods

- This Agreement begins January 1,2006,and runs so long as Dean Foods or any affiliate thereof serves CVS with milk and or ice cream in the Deans Midwest Region.

- Leon Falk will be the approved broker representing Dean Foods at CVS

- Broker fee will be based on CVS 2005 sales for the Midwest Region of $26,552,627.00 at 1.09% or $290,000.00 pear year. Broker fee to be paid monthly.

- Broker fee is in place for length of Agreement and to be reviewed on an annual basis to review sales volume.

- Broker fee to cover all costs incurred by Falk Distribution in its relationship with CVS

Leon Falk. Falk Distribution _____

Jerry Shannon General Manager Country Fresh _____

Date. 2-9-06

# EXHIBIT B

FROM : LUCK EMPLOYMENT NETWORK     PHONE ND. : 8106419287     Jan. 07 2010 08:45PM P1

 **COUNTRY FRESH, LLC**
355 Mart St   Grand Rapids, Michigan 49548    (616) 243-0173    Fax (616) 243-5926

January 7, 2010

**By Overnight Courier**
Falk Distribution Company
1873 Lexington Drive
Troy, Michigan 48084
Attention: Leon Falk

      Re:    Notice of Termination

Dear Sir:

Reference is made to that certain Terms and Agreement, dated February 1, 2006, between Falk Distribution Company and Dean Foods (the "Agreement"). This letter is to inform you of our decision to terminate the Agreement, effective as of March 9, 2010.

Please contact me at (847) 233-5555 or Kevin Begin at (616) 514-5345 if you have any questions.

             Sincerely,

             Robert W. Hollandsworth

             Robert W. Hollandsworth

             Vice President, Upper Midwest

# EXHIBIT C



Rita M. Ailiss Powers
Tel 312.476.5010
Fax 312.456.8435
powersr@gtlaw.com

January 19, 2010

**VIA FACSIMILE (616-243-5976)
AND FEDEX**

Robert W. Hollandsworth
Country Fresh, LLC
355 Mart Street
Grand Rapids, MI 49548

and

Deans Foods Company
2600 River Road
Franklin Park, IL 60131

Re:   *Terms and Agreement Between Falk Distribution Company and Dean Foods, dated February 1, 2006 ("Agreement")*

Dear Mr. Hollandsworth:

We represent Falk Distribution Company ("Falk Distribution"). We have been provided with a copy of your January 7, 2010 letter to Mr. Leon Falk at Falk Distribution concerning the above-referenced Agreement. In particular, you denominate your letter as a "Notice of Termination" and state that Dean Foods/Country Fresh has made a "decision to terminate the Agreement, effective as of March 9, 2010." Please be advised that any such decision is of no moment and any attempted termination is invalid, ineffective, and not accepted by Falk Distribution.

As you are aware, the Agreement's term began on January 1, 2006 "and runs so long as Dean Foods or any affiliate serves CVS milk and/or ice cream in the Deans Midwest Region." Such a term clearly is valid and enforceable. Contracts providing that performance is to continue "so long as" the parties engage in a certain business are sufficiently definite as to duration. There is no early termination provision in the Agreement. In fact, you provide no basis whatsoever for Dean Foods/Country Fresh's unilateral "decision" to terminate the Agreement. Clearly, this is improper and ineffective.

Obviously, what is motivating Dean Foods/Country Fresh's threatened termination is its desire to rid itself of its broker obligations to Mr. Falk, the "approved broker representing Dean Foods at CVS" under the Agreement. Dean Foods/Country

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH
*OPERATES AS GREENBERG
TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

R. Hollandsworth
Page 2

Fresh seeks to take advantage of this seventy-seven year old gentleman by converting the business and relationships that he has cultivated with CVS to its own account without proving the agreed upon payment to Mr. Falk. That this comes at the same time as Dean Foods has entered into a nationwide, two-year contract with CVS further evidences Dean Foods/Country Fresh's improper motivation. Discovery into that deal, the basis for the parties' entry into the Agreement, and the past and present efforts and relationship of Mr. Falk with CVS all will support the enforceability of the Agreement and its continuation for its stated term. That is the litigation that we will pursue if Dean Foods/Country Fresh's "Notice of Termination" is not withdrawn within seven (7) days of receipt of this letter.

Please feel free to contact the undersigned should you desire to discuss this matter further.

Very truly yours,

Rita M. Alliss Powers

cc:     Nancy Davis, Esq.
        Leon Falk

Confirmation Report — Memory Send

```
                              Page       : 001
                              Date & Time: Jan-19-10  05:31pm
                              Line 1     : 312 456 8435 9
                              Line 2     : 312 456 8435 10
                              Machine ID : Greenberg Traurig CHI
```

| | | |
|---|---|---|
| Job number | : | 964 |
| Date | : | Jan-19 05:29pm |
| To | : | ☎7782#999931#244266#16162435926# |
| Number of pages | : | 003 |
| Start time | : | Jan-19 05:29pm |
| End time | : | Jan-19 05:31pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number      : 964            *** SEND SUCCESSFUL ***

**GT GreenbergTraurig**

**Transmittal Cover Sheet**

| From: Rita M. Allise Powers | Tel: 312.476.5010 | E-Mail: powerer@gtlaw.com | |
|---|---|---|---|
| To: | Fax No: | Company: | Phone No.: |
| Robert W. Hollandsworth | 616-243-5926 | Country Fresh, LLC | |

File No.:

Re:

Date: January 19, 2010

No. Pages: Including Cover Sheet  3

If you do not receive all pages properly, please call 312.456.8400.

Notes:

Also sent via:  ☐ US Mail   ☐ Overnight   ☐ Messenger   ☐ Email   ☒ No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

77 West Wacker Drive, Suite 3100, Chicago, Illinois   Phone: 312.456.8400   Fax: 312.456.8435

# <u>Notice of Removal</u>

# <u>Exhibit B</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FALK DISTRIBUTION CO., LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. |
| DEAN FOODS COMPANY, COUNTRY | ) | |
| FRESH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT CONCERNING DIVERSITY JURISDICTION
## AND AMOUNT IN CONTROVERSY

Angela B. Miró states as follows:

1.      I am Assistant Secretary of Dean Foods Company.  I submit this affidavit in accordance with establishing diversity jurisdiction.

2.      This action, which was removed from the Circuit Court of Cook County, Illinois, County Department, Chancery Division under the court's diversity jurisdiction, involves the enforcement and termination of a contract.

3.      Plaintiff, Falk Distribution Co., LLC is a citizen of Michigan.  By its own admission, the sole member of Falk Distribution is a citizen of Michigan.

4.      Dean Foods Company is a corporate citizen of Texas and Delaware, in that it was incorporated in Delaware and its principal place of business is Texas.

5.      Country Fresh, LLC, is a Michigan limited liability company.  The sole member of Country Fresh, LLC is Dean East, LLC a Delaware limited liability company. Country Fresh, LLC, both at the time of filing of the Civil Action and as of the date of filing of this Notice, was

and is a citizen of the State of Michigan and is qualified to do business in the States of Indiana, Maryland, Ohio and Tenneessee. Its sole member is Dean East, LLC, whose sole member is Suiza Dairy Group, LLC, a Delaware limited liability company, whose sole member is Dean Foods Company, which is a corporate citizen of the States of Delaware and Texas in that it was and is incorporated in the State of Delaware, with its principal place of business in the State of Texas.

6.    Plaintiff's complaint requests a declaration that Dean Foods Company and Country Fresh, LLC have no right to terminate the Agreement, that the Agreement was not terminated on January 7, 2010, and that the Agreement remains in full force and effect. If the Agreement remains in full force and effect and cannot be terminated, then defendants will be at a loss of **at least $290,000** a year in broker fees. Further, as plaintiff seeks a declaration that Dean Foods Company and Country Fresh, LLC has no right to terminate the agreement, the loss will be even higher when looked at the sum over the course of successive years. Thus, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.    I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

*Angela B. Miró*

Angela B. Miró

Executed on February 26, 2010

2

# Notice of Removal

# Exhibit C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| FALK DISTRIBUTION CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10 CH 04170 |
| | ) | |
| DEAN FOODS COMPANY, COUNTRY | ) | |
| FRESH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING
## OF NOTICE OF REMOVAL

**TO:**   Clerk of the Circuit Court of Cook County, Illinois
Richard J. Daley Center
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on February **26**, 2010, DEAN FOODS COMPANY and

COUNTRY FRESH, LLC ("Defendants") filed a Notice of Removal of the above-captioned

civil action from the Circuit Court of Cook County, Illinois, County Department, Chancery

Division, to the United States District Court  for the Northern District of Illinois, Eastern

Division.  A copy of the Notice of Removal is attached hereto, is incorporated by reference, and

is filed and served herewith.

Respectfully submitted,

DEFENDANTS DEAN FOODS COMPANY and
COUNTRY FRESH, LLC

Dated:  February 26, 2010          By _____
One of Their Attorneys

Mona M. Stone
Baseer Tajuddin
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel.:  (312) 443-0619
Fax:  (312) 896-6619

## CERTIFICATE OF SERVICE

I, Mona M. Stone, an attorney, on oath state that I served a true and correct copy of the preceding Notice of Filing of Notice of Removal on:

Rita M. Alliss Powers
Matthew S. Gray
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

by depositing a true and correct copy in the U.S. Mail at 111 S. Wacker Drive, Chicago, Illinois on this **26** day of February, 2010.

_____
Mona M. Stone