## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FALK DISTRIBUTION CO., LLC

Plaintiff,

v.

DEAN FOODS COMPANY,
COUNTRY FRESH, LLC

Defendants.

Case No. 2010 CV 1343

Judge Wayne Andersen

Magistrate Judge Sheila Finnegan

## FIRST AMENDED COMPLAINT FOR DECLARATORY AND OTHER RELIEF

Plaintiff Falk Distribution Co., LLC ("Falk"), by its attorneys, and for its Complaint for Declaratory and Injunctive Relief against Defendants Dean Foods Company ("Dean") and Country Fresh, LLC ("Country Fresh"), states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     Plaintiff Falk is a Michigan limited liability company with its principal place of business at 5513 Pine Brooke Ct., Bloomfield, Michigan.

2.     Defendant Dean is a Delaware corporation with its principal place of business at 2515 McKinney Avenue, Suite 1200, Dallas, Texas.

3.     Upon information and belief, Defendant Country Fresh is a subsidiary of Dean and is a Michigan limited liability company with its principal place of business at 2555 Buchanan Avenue, SW, Grand Rapids, Michigan.

4.     This Court has jurisdiction over this matter pursuant to Section 2-209 of the Illinois Code of Civil Procedure.  This case arises out of the transaction of business or activities occurring within this state and the performance of a contract in this state.

5.     Venue is proper in Cook County pursuant to Section 2-101 of the Illinois Code of Civil Procedure, as all Defendants are non-residents of this state.

## COUNT I

## REQUEST FOR DECLARATORY RELIEF

6.      Falk realleges paragraphs 1 through 5 above as though fully set forth in this paragraph 6.

7.      On February 1, 2006, Falk, Dean and Country Fresh entered into a Terms and Agreement between Falk Distribution Company and Deans Food (the "Agreement") through which Falk would act as the approved broker representing Dean at CVS, beginning January 1, 2006, and running "so long as Dean Foods or any affiliate thereof [including Country Fresh] serves CVS with milk or ice cream in the Deans Midwest Region." (A true and correct copy of the Agreement is attached hereto as Exhibit A.)

8.      From February 1, 2006, through and including the present, Dean and Country Fresh have served CVS with milk and ice cream in the Deans Midwest Region.

9.      Accordingly, the term of the Agreement remains in effect and is valid and enforceable.

10.     On January 7, 2010, Country Fresh sent a letter to Falk, bearing the subject "Notice of Termination," and purporting to terminate the Agreement, effective as of March 9, 2010. (A true and correct copy of the January 7, 2010 letter is attached hereto as Exhibit B.)

11.     In response, on January 19, 2010, counsel for Falk sent to Dean, Country Fresh, and their counsel a letter informing them that their "decision to terminate" was "improper and ineffective." (A true and correct copy of the January 19, 2010 letter is attached hereto as Exhibit C.)

12.     In the January 19, 2010 letter, counsel for Falk requested that Dean and Country Fresh withdraw their "Notice of Termination" by January 27, 2010.

2

13.     Dean and Country Fresh failed to withdraw their "Notice of Termination" by January 27, 2010.

14.     Falk has taken the position that Dean and Country Fresh do not have the right to terminate the Agreement based on the terms of the Agreement.

15.     An actual controversy exists between Falk, Dean, and Country Fresh regarding Dean and Country Fresh's ability to terminate the Agreement.

16.     Falk is entitled to a declaration by this Court that:  (1) the January 7, 2010 Letter from Country Fresh was not effective as notice of termination of the Agreement; (2) neither Deans nor County Fresh has a right to terminate the Agreement; and (3) the Agreement remains in full force and effect.

## COUNT II

## BREACH OF CONTRACT

17.     Falk realleges paragraphs 1-9 above as though fully set forth in this Paragraph 17.

18.     In the Agreement, Dean Foods agreed to pay Falk a broker fee in the amount of 1.09% of Defendants' sales to CVS for the Deans Midwest Region.

19.     The Agreement initially set the broker fee in 2006 "based on CVS 2005 sales for the Midwest Region of $26,552,667.00 at 1.09% or $290,000.00 pe[]r year," which fee was to be paid monthly.

20.     Under the Agreement, the broker fee was to remain "in place for length of Agreement and to be reviewed on an annual basis to review sales volume."

21.     Contrary to this express requirement, the broker fee payable to Falk was not reviewed on an annual basis to review sales volume.

22.     The CVS sales for the Midwest Region, as referenced in the Agreement, increased each year after 2005. The broker fee to Falk, however, never was adjusted upward to reflect the increased sales volume.

23.     As a direct result thereof, Falk was damaged in the amount of the difference between the brokerage fee that it was paid for years 2007 through current and the amount that it should have been paid based on 1.09% of the sales for the Midwest Region, the calculation of which is dependent upon Defendants' sales records and will be proven at trial.

WHEREFORE, Plaintiff Falk Distribution Co., LLC respectfully requests that this Court enter judgment in its favor and against Defendants Dean Foods Company and Country Fresh, LLC for the following relief:

A.     On Count I, a declaration that:

(1)     Dean Foods Company and Country Fresh, LLC had no right to terminate the Agreement;

(2)     The Agreement was not terminated on January 7, 2010, effective March 10, 2010;

(3)     The Agreement remains in full force and effect;

B.     On Count II, damages sustained by Falk for broker fees due and owing to it but not paid by Defendants in an amount to be proven at trial; and

C.     Such other and further relief as this Court deems proper and just.

## JURY DEMAND

Plaintiff hereby demands a jury.

4

Respectfully submitted,

FALK DISTRIBUTION CO., LLC

Dated:  May 14, 2010

By    /s/ Rita M. Alliss Powers
Rita M. Alliss Powers (ARDC # 6203623)
Matthew S. Gray (ARDC # 6286276)
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
*Attorneys for Plaintiff Falk Distribution Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I electronically filed the foregoing *FIRST AMENDED COMPLAINT FOR DECLARATORY AND OTHER RELIEF* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

/s/ Rita M. Alliss Powers